**Reversed and Remanded and Opinion Filed January 19, 2022**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00827-CV

**MARK DANA AND DIANA DANA, Appellants**
**V.**
**DIAMANTE MEMBERS CLUB, INC., Appellee**

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-01510-2020**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Garcia
Opinion by Justice Molberg

In this restricted appeal, appellants Mark and Diana Dana argue there is error apparent on the face of the record that appellee Diamante Members Club, Inc. (DMCI) failed to comply with mandatory requirements for domesticating a foreign judgment under the Uniform Enforcement of Foreign Judgments Act ("UEFJA") by failing to file notice of the filing or present the court with a proper affidavit authenticating the filing. *See* TEX. CIV. PRAC. & REM. CODE § 35.004(a), (b)(2). DMCI concedes facial error.

Having reviewed the record, we agree with the Danas and DMCI that the mandatory UEFJA requirements were not met and that this error is apparent on the

face of the record. *See id*; *see also* T<small>EX</small>. R. A<small>PP</small>. P. 26.1(c); *Alexander v. Lynda's Boutique*, 134 S.W.3d 845, 848 (Tex. 2004). Accordingly, we reverse the trial court's judgment and remand for further proceedings consistent with this opinion.

/Ken Molberg/
KEN MOLBERG
JUSTICE

200827f.p05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MARK DANA AND DIANA
DANA, Appellants

No. 05-20-00827-CV      V.

DIAMANTE MEMBERS CLUB,
INC., Appellee

On Appeal from the 471st Judicial
District Court, Collin County, Texas
Trial Court Cause No. 471-01510-
2020.
Opinion delivered by Justice
Molberg. Justices Myers and Garcia
participating.

In accordance with this Court's opinion of this date, the judgment of the trial
court is **REVERSED** and this cause is **REMANDED** to the trial court for further
proceedings consistent with this opinion.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 19th day of January, 2022.